IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROYAL BERNARD WRIGHT,** | CIV S-06-0999 GEB KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **JEANNE S. WOODFORD, Director,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before March 15, 2007.

Dated: February 9, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1