IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL BERNARD WRIGHT,<br><br>                                  Petitioner,<br>    v.<br>JEANNE S. WOODFORD, Director,<br><br>                                  Respondent. | CIV S-06-0999 GEB KJM P<br><br>**ORDER** |

GOOD CAUSE APPEARING therefore, Respondent is granted an enlargement of time up to and including April 16, 2007, within which to file a response to Petitioner's petition for writ of habeas corpus.

Dated: March 21, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1