IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROYAL BERNARD WRIGHT,**<br><br>            Petitioner,<br><br>     v.<br><br>**JOHN MARSHALL, Warden,**<br><br>            Respondent. | CIV S-06-0999 GEB KJM P<br><br>**ORDER** |

   Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before June 12, 2008 (this disposes of docket no. 16).

Dated:  May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1