IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROYAL BERNARD WRIGHT,

      Petitioner,                     No. CIV S-06-0999 GEB KJM P

      vs.

JOHN MARSHALL, Warden,

      Respondent.                   ORDER

_____/

      Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's request for an extension of time (docket no. 20) is granted; and

      2. Petitioner shall file and serve a traverse on or before July 13, 2008.

DATED: June 18, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
wrig0999.111