IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROYAL BERNARD WRIGHT,

      Petitioner,                    No. CIV S-06-0999 GEB KJM P

    vs.

JOHN MARSHALL, Warden,

      Respondent.                <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's request for an extension of time (docket #22) is granted; and

        2. Petitioner shall file and serve a traverse on or before August 13, 2008.

DATED: July 18, 2008.

_____
U.S. MAGISTRATE JUDGE

1/ke
wrig0999.111sec